UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARK F. KOCH,

    Plaintiff,

v.

BAHADUER, et al.,

    Defendants.

Case No. 16-00683 BLF (PR)

**ORDER OF TRANSER**

Plaintiff, a state prisoner at the California Health Care Facility ("CHCF") in Stockton, has filed a *pro* se complaint pursuant to 42 U.S.C. § 1983, against medical officials at CHCF. Because the acts complained of occurred in San Joaquin County, which lies within the venue of the Eastern District of California, *see* 28 U.S.C. § 84(b), venue properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a).

The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

**IT IS SO ORDERED.**

Dated: May 23, 2016

BETH LABSON FREEMAN
United States District Judge

Order of Transfer
PRO-SE\BLF\CR.16\00683_transfer (ED)