IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK FRANCIS KOCH,   No. 2:16-cv-1162-MCE-CMK-P

    Plaintiff,

  vs.   ORDER

BAHADUER, et al.

    Defendants.

_____/

    Plaintiff, a former prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's request for leave to proceed in forma pauperis (Doc. 6). Plaintiff has submitted the affidavit required by 28 U.S.C. § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security therefor.

    Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for leave to proceed in forma pauperis (Doc. 6) is granted.

DATED: May 12, 2017

                                                                                       /s/ Craig M. Kellison
                                                                                       **CRAIG M. KELLISON**
                                                                                       UNITED STATES MAGISTRATE JUDGE